

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>DURAID ZAIA,<br><br>　　　　Defendant. | Criminal Case No. 08CR2957-LA<br><br>I N F O R M A T I O N<br><br>Title 31, U.S.C., Sec. 5324(a)(1)- Structuring Monetary Instruments; Title 18, U.S.C., Sec. 2 -- Aiding and Abetting. |

The United States Attorney charges:

At all times pertinent to this Information,

1.　Defendant DURAID ZAIA was a director and Chief Financial Officer of Easy Moon, Inc. Defendant DURAID ZAIA oversaw all the business activities of Easy Moon Inc., and was the compliance officer for Easy Moon, Inc. concerning matters dealing with the issuance of money orders and other monetary transactions. He was a signatory on all business-related bank accounts.

2.　DURAID ZAIA and Easy Moon, Inc. operated one or more "99 cent stores," convenience stores which included a business located at 4129 University Avenue San Diego, California ("Savers-San Diego"). This convenience store contained and operated money transmitting services, including but not limited to wire transfers, check cashing, and money order issuance. As such, the business was a domestic "financial institution" pursuant to Title 31, United States Code, Sections 5312(a)(2)(K) and (R).

3. Title 31, United States Code, Section 5325 provides that, "No financial institution may issue or sell a bank check, cashier's check, traveler's check, or money order to any individual in connection with a transaction or group of such contemporaneous transactions which involves United States coins or currency...in amounts or denominations of $3,000 or more unless (a) the individual has a transaction account with such financial institution and the financial institution-(b) verifies that fact through a signature card or other information maintained by such institution in connection with the account of such individual; (c) records the method of verification in accordance with regulations which the Secretary of the Treasury shall prescribe; and (d) the individual furnishes the financial institution with such forms of identification as the Secretary of the Treasury may require in regulations which the Secretary shall prescribe and the financial institution verifies and records such information".

4. On or about July 22, 2003 in the Southern District of California, defendant DURAID ZAIA did unlawfully and knowingly, for the purposes of evading the reporting requirements of Section 5325 of Title 31, United States Code, cause, or attempt to cause a domestic financial institution, Savers-San Diego, to fail to file a report required under section 5325 so that he would not trigger the filing of PS Form 8105-A (Funds Transaction Report), by causing the purchase of money orders in increments of $3,000 or less in a single transaction but over $3,000 when the transactions were aggregated, all in violation of Title 31, United

| | |
|---|---|
| 1 | States Code, Section 5324(a)(1), and Title 18, United States Code, |
| 2 | Section 2. |
| 3 | DATED: 8/3⅟08 |

KAREN P. HEWITT
United States Attorney

*[signature]*

Anne Kristina Perry
Assistant U.S. Attorney