AO 455(Rev. 5/85) Waiver of Indictment

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

FILED
SEP 3 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES OF AMERICA

v.

DURAID ADEL ZAIA

WAIVER OF INDICTMENT

CASE NUMBER: 08CR 2957-LAB

I, DURAID ADEL ZAIA, the above named defendant, who is accused of Structuring Monetary Instruments, in violation of Title 31, United States Code, Section 5324, and Aiding and Abetting, in violation of Title 18, United States Code, Section 2, being advised of the nature of the charges, the proposed information, and of my rights, hereby waive in open court on 9.3.08 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant
Duraid Adel Zaia

_____
James J. Warner
Counsel for Defendant

Before _____
Leo S. Papas
United States Magistrate Court Judge