ORIGINAL

FILED

SEP 3 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,            )    Criminal Case No. 08CR2957-LAB
                                     )
                    Plaintiff,       )
                                     )
        v.                           )    NOTICE OF RELATED CASE
                                     )
DURAID ZAIA,                         )
                                     )
                    Defendant.       )
_____)

TO THE CLERK OF THE COURT:

    Please take notice that the above-entitled case is related to United States of America v. ADNAN NAOUM, Criminal Case No. 07cr0700-JTM

        DATED: August 27, 2008

                                KAREN P. HEWITT
                                United States Attorney

                                Anne Kristina Perry
                                Assistant U.S. Attorney